UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF WILLIAM LAGGNER,<br><br>Applicant | Case No.  22-mc-80328-LJC<br><br>**ORDER SETTING DEADLINE TO CONSENT OR DECLINE TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

William Laggner has filed an *ex parte* application pursuant to 28 U.S.C. § 1782 for an order to issue subpoenas to Tim Parsa, J.P. Thieriot, AirTM, Inc. and Cloud Money Ventures LLC ("Related Entities").  Because it is a dispositive matter, the consent of all parties is required for the Court to hear and adjudicate the application.  See 28 U.S.C. § 636(c)(1); CPC Pat. Techs. Pty. Ltd. v. Apple Inc., 34 F.4th 801, 807-08 (9th Cir. 2022); Williams v. King, 875 F.3d 500, 503 (9th Cir. 2017).

None of the Related Entities have been served or appeared as interested parties.  William Laggner shall serve a copy of this order on each of the Related Entities by **December 15, 2022** and file a proof of service promptly thereafter.  Laggner shall also file a "Consent or Declination to Magistrate Judge Jurisdiction" form indicating whether he consents to or declines magistrate judge jurisdiction by **December 22, 2022**.[1]  The Related Entities may also file such a form by that date.  Any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences.  Fed. R. Civ. P. 73(b)(2).

Unless all entities consent to the jurisdiction of a magistrate judge within the time

---

[1] The form is available at https://cand.uscourts.gov/mj_consent-declination_form_10-2020/.

prescribed, the Court will order the Clerk to reassign this matter to a district judge.

**IT IS SO ORDERED.**

Dated: December 7, 2022

_____
LISA J. CISNEROS
United States Magistrate Judge

2