MEISTER SEELIG & FEIN LLP
Ana Vásquez (SBN 231903)
1250 Sixth Street, Suite 403
Santa Monica, CA 90401
Telephone: (310) 929-7192
Facsimile: (310) 929-7627
acv@msf-law.com

MEISTER SEELIG & FEIN PLLC
Benjamin D. Bianco (*pro hac vice*)
125 Park Avenue, 7th Floor
Telephone: (212) 655-3500
Facsimile: (212) 655-3535
bdb@msf-law.com

*Attorneys for Defendant J.P. Thieriot*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM LAGGNER,<br><br>    Plaintiff,<br><br>    v.<br><br>JUAN PABLO THIERIOT, et al.,<br><br>    Defendants. | Case No.: 22-mc-80328-WHO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR A SECOND EXTENSION OF THE BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENA IN AID OF JURISDICTIONAL DISCOVERY SET FOR HEARING ON NOVEMBER 29, 2023 (L.R. 6-2)** |

Pursuant to Fed. R. Civ. P. 6(b) and Civil Local Rule 6-2, Plaintiff William Laggner ("Laggner" or "Plaintiff) and Defendant J.P. Thieriot ("Thieriot" or "Defendant") (collectively the "Parties") by and through their respective counsel, stipulate as follows:

WHEREAS, Laggner filed a Motion for Leave to Serve Third Party Subpoena in Aid of Jurisdictional Discovery on October 2, 2023 ("the Motion"), which was originally set for hearing on November 8, 2023;

WHEREAS, pursuant to the parties' stipulation, the Court previously continued the November 8, 2023 hearing on the Motion to November 29, 2023, and set the following briefing schedule based on the November 8th hearing date: Defendant's opposition to the Motion due October 26, 2023, and Plaintiff's reply due November 22, 2023;

WHEREAS, the parties continue to engage in substantive, meaningful discussions and negotiations with the aim of resolving the issues raised in the Motion to their mutual satisfaction without burdening the Court but require additional time to meet and confer over their respective positions;

WHEREAS, Laggner and Thieriot, through their counsel of record, agree and stipulate to a further extension of the briefing schedule on the Motion as follows: The due date for Thieriot's opposition to the Motion to be continued to **November 9, 2023**, and for Plaintiff's reply to **November 16, 2023**;

WHEREAS, the parties agree, through their counsel of record, that the hearing date on the Motion shall remain as currently set for November 29, 2023, and

WHEREAS, pursuant to Civil L.R. 6-2(a)(1), Defendants "set forth with particularity, the following reasons for the requested enlargement of time" as follows:

1. The Parties need additional time to continue their discussion and compromise offers with respect to the Motion as they continue to seek a potential resolution of issues raised in the Motion and the question of personal jurisdiction over Thieriot. [Bianco Decl. ¶¶ 2-4]

2. Thieriot specifically reserves his right to argue want of personal jurisdiction when and where appropriate if the parties cannot reach a resolution as described herein. [Bianco Decl. ¶ 2]

3. The Parties hope to be able to moot out the Motion's requested relief and to reach a compromise agreement without further litigation. [Bianco Decl. ¶ 3]

4. Given the press of other matters, and the ongoing compromise discussions, counsel for both Plaintiff Thieriot and Defendant Laggner respectfully would benefit from a further enlargement of the briefing schedule. [Bianco Decl. ¶ 5]

5. The extension requested relating to the briefing schedule is for a minimal length of time, amounting to two weeks, and the parties do not seek a continuance of the November 29, 2023 hearing date on the Motion. [Bianco Decl. ¶ 7]

6. By and through this Stipulation, the Parties agree to such a further extension of time and believe the further extension requested will not delay the disposition of this action brought pursuant to 28 U.S.C. § 1782; if anything, the additional time will allow the Parties to potentially avoid protracted litigation. [Bianco Decl. ¶ 6]

WHEREAS, pursuant to **Civil L.R. 6-2(a)(2)**, Defendants "[d]isclose[] all previous time modifications in the case, whether by stipulation or Court order" as follows: The Court has granted one prior extension of time with respect to the hearing on the Motion and the briefing schedule surrounding the Motion.

IT IS ACCORDINGLY STIPULATED, pursuant to Civil L.R. 6-2, by and between Plaintiff and Defendant, that the Parties jointly request that the Court grant the following extension of time:

(1) Defendant's opposition to the Motion is extended from **October 26, 2023** to **November 9, 2023**;

(2) Plaintiff's reply to Defendants' opposition to the Motion is extended from **November 2, 2023** to **November 16, 2023**.

DATED: October 25, 2023

               Respectfully submitted,

               **MEISTER SEELIG & FEIN PLLC**

1
2          */s/ Benjamin D. Bianco*
           Benjamin D. Bianco
3          125 Park Avenue, 7th Floor
           New York, New York 10017
4          Telephone: (212) 655-3500
           Email: bdb@msf-law.com
5
6          *Attorney For Defendant J.P. Thieriot*

7    I hereby attend that I obtained consent in the filing of this document from of the other

8    signatory on this e-filed document.

9
10         */s/ Robert Dunlap*
           Ivy T. Ngo (SBN 249860)
11         Devin (Velvel) Freedman (*pro hac vice forthcoming*)
           Richard Cipolla (*pro hac vice forthcoming*)
12         Robert Dunlap (*pro hac vice forthcoming*)
           **FREEDMAN NORMAND FRIEDLAND LLP**
13         1 SE 3rd Avenue, Suite 1240
           Miami, FL 33131
14         Telephone: (786) 924-2900
           Facsimile: (646) 392-8842
15         ingo@fnf.law
           vel@fnf.law
16         rcipolla@fnf.law
           rdunlap@fnf.law

17         *Counsel for Plaintiff William Laggner*

18
19
20
21
22
23
24
25
26
27
28

PURSUANT TO STIPULATION, IT IS ORDERED that:

(1) Defendant's opposition to the Motion is due **November 9, 2023**;

(2) Plaintiff's reply to Defendants' opposition to the Motion is due **November 16, 2023**;

(3) The hearing on the Motion is reset for **December 6, 2023.**

Dated: October 26, 2023

_____
Hon. William H. Orrick
United States District Judge