UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LAGGNER,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY Z PARSA, et al.,<br><br>Defendants. | Case No. 3:22-mc-80328-WHO<br><br>**ORDER TO MAINTAIN STATUS QUO AND TO SHOW CAUSE**<br><br>Re: Dkt. No. 46 |

The parties filed a "time sensitive" discovery letter concerning William Laggner's attempted discovery of information on Juan Pablo Thieriot's laptop. [Dkt. No. 46]. Laggner says that Thieriot is going to send his laptop to his former employer today, without first allowing Laggner discovery of any contents on the laptop. *See id.* The laptop is currently in Thieriot's possession, it appears to contain discoverable information, and the letter does not indicate any reason why Thieriot must return his laptop today. Thieriot is ORDERED to retain the laptop in his possession, unless and until a separate court order provides otherwise.

Thieriot is also ORDERED TO SHOW CAUSE why the laptop should not be first sent to a third party—such as the one mentioned in the discovery letter, that Laggner says he has paid for—to forensically image and copy the contents of the laptop for discovery, before returning the computer to his former employer. Thieriot may vacate this OSC by, within seven days, providing the laptop to a third party for imaging, or filing brief letter of no more than three pages explaining why he thinks the laptop should not be sent for imaging. If Thieriot files a brief, Laggner may file a response of no more than three pages, within four days.

**IT IS SO ORDERED.**

Dated: February 9, 2024



William H. Orrick
United States District Judge