UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LAGGNER,<br><br>    Plaintiff,<br><br>    v.<br><br>TIMOTHY Z PARSA, et al.,<br><br>    Defendants. | Case No. 3:22-mc-80328-WHO<br><br>**ORDER TO SHOW CAUSE** |

At the hearing on March 3, 2024, the petitioner William Laggner indicated that he intended to serve a new respondent, Uphold, and to file a motion to compel discovery. [Dkt. No. 62]. Though a new attorney appeared for Laggner in June, [Dkt. No. 65], nothing substantive has been filed in this case since the March hearing. Accordingly, the petitioner is **ORDERED TO SHOW CAUSE** why this case should not be dismissed with prejudice for failure to prosecute. Fed. R. Civ. P. 41(b). This Order may be expunged by filing a status report or other substantive motion by Tuesday, August 20, 2024.

    **IT IS SO ORDERED.**

Dated: August 6, 2024

William H. Orrick
United States District Judge