Ana Vásquez, SBN 231903
MEISTER SEELIG & FEIN LLP
1250 Sixth Street, Suite 403
Santa Monica, CA 90401
Telephone: (310) 929-7192
Fax: (310) 929-7627
Email: acv@msf-law.com

Benjamin D. Bianco (*pro hac vice*)
MEISTER SEELIG & FEIN PLLC
125 Park Avenue, 7th Floor
New York, New York 10017
Telephone: (212) 655-3500
Email: bdb@msf-law.com

Attorneys for J.P. Thieriot

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLICATION OF WILLIAM LAGGNER<br><br>Plaintiff,<br><br>vs.<br><br>Defendants. | Case No.: 3:22-mc-80328-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME PURSUANT TO LOCAL RULES 6-1 AND 6-2**<br><br>Judge:    Hon. William H. Orrick |

Pursuant to Local Rules 6-1 and 6-2, Applicant William Laggner ("Laggner" or "Applicant") and Respondent J.P. Thieriot ("Thieriot" or "Respondent") (collectively the "Parties") by and through their respective counsel, stipulate and request the Court to enter an Order as follows:

WHEREAS, Laggner filed a Motion to Determine Entitlement To Attorney's Fees Against Respondent J.P. Thieriot on January 29, 2025 ("the Motion"), which was originally set for hearing on March 5, 2025;

WHEREAS, the Court set a briefing schedule based on the March 5th hearing date as follows: Response due February 12 2025; Reply due February 19, 2025;

WHEREAS, Laggner and Thieriot, through their respective counsel of record, agree and stipulate to a continuance of the hearing on the Motion from March 5, 2025 to March 12, 2025;

WHEREAS, Laggner and Thieriot, through their counsel of record, agree and stipulate to an extension of the briefing schedule on the Motion as follows: Response due February 26, 2025; Reply due March 5, 2025;

WHEREAS, this Stipulation is supported by a declaration in satisfaction of Local Rule 6-2;

IT IS ACCORDINGLY STIPULATED, pursuant to Civil L.R. 6-1 and 6-2, and jointly requested that the Court grant the following change and extensions of time:

(1)  A continuance of the hearing on the Motion from March 5, 2025 to March 12, 2025

(2)  A continuance of the Response to the Motion from February 12, 2025 to February 26, 2025; and

(3)  A continuance of the Reply to the Motion from February 19, 2025 to March 5, 2025.

DATED: January 31, 2025

Respectfully submitted,

**MEISTER SEELIG & FEIN PLLC**

*/s/ Benjamin D. Bianco*
Benjamin D. Bianco (*pro hac vice*)
125 Park Avenue, 7th Floor
New York, New York 10017
Telephone: (212) 655-3500
Email: bdb@msf-law.com

*Attorney For Respondent J.P. Thieriot*

**FREEDMAN NORMAND FRIEDLAND LLP**

*/s/ Robert Dunlap*
Robert Dunlap (*pro hac vice*)
Ivy T. Ngo (SBN 249860)
Devin (Velvel) Freedman (*pro hac vice forthcoming*)
1 SE 3rd Avenue, Suite 1240
Miami, FL 33131
Telephone: (786) 924-2900
ingo@fnf.law
vel@fnf.law
rdunlap@fnf.law

*Counsel for Applicant William Laggner*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I, Ana Vásquez, attest that concurrence in the filing of this document has been obtained.

*/s/ Ana Vásquez*
Ana Vásquez

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, **as modified**, IT IS ORDERED that:

(1) The hearing on the Motion is continued from March 5, 2025 to March **26**, 2025

(2) Any Response to the Motion is due February 26, 2025; and

(3) Any Reply to the Motion is due March 5, 2025.

Dated: February 3, 2025



Hon. William H. Orrick
United States District Judge